# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
June 14, 2023

In re:
Shawn B. Breen

Rosalia L. Breen
Debtor*

Case Number: 23–20066
Chapter: 7

### FINAL DECREE, DISCHARGE OF TRUSTEE, CANCELLING TRUSTEE'S BOND, AND CLOSING THE CASE

Pursuant to 11 U.S.C. § 350(a), and based on the record of this case, the Court concludes the estate of Shawn B. Breen and Rosalia L. Breen has been fully administered.

Pursuant to 11 U.S.C. § 554(c), unless the court orders otherwise, any property scheduled under 11 U.S.C. § 521(a)(1) not otherwise administered at the time of closing of a case is abandoned to the debtor and administered for purposes of 11 U.S.C. § 350. Accordingly, it is hereby

**ORDERED:** Anthony S. Novak is discharged as the Chapter 7 Trustee of the estate of Shawn B. Breen and Rosalia L. Breen; and it is further

**ORDERED:** the Chapter 7 Trustee's bond as it applies to this case is cancelled unless otherwise ordered; and it is further

**ORDERED:** the Chapter 7 case of Shawn B. Breen and Rosalia L. Breen is hereby closed.

Dated: June 14, 2023

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form fnldec – kpb

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.